**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| Cecilia A. Tromp<br><br>       Plaintiff,<br><br>           v.<br><br>Aerostar Airport Holdings, LLC; Prime Janitorial Service, Corp; Mapfre Praico Insurance Co.; Starr Indemnity & Liability Co.<br><br>       Defendants. | **Civil No. 22-01459(GMM)** |

**JUDGMENT**

On November 26, 2024, Plaintiff Cecilia Tromp and Defendants Aerostar Airport Holdings, LLC, Prime Janitorial Service, Corp, Mapfre Praico Insurance Co., and Starr Indemnity & Liability Co. ("Parties") filed a *Stipulation for Voluntary Dismissal with Prejudice* (Docket No. 63). Therein, the Parties informed that they stipulated to the dismissal with prejudice of the *First Amended Complaint* (Docket No. 21) and the *Crossclaim Against PJS and Mapfre* (Docket No. 36). In accordance with the Order entered today (Docket No. 64), judgment is entered DISMISSING WITH PREJUDICE all claims in this action, and without the imposition of costs, interests, and/or attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this November 27, 2024.

                              s/Gina R. Méndez-Miró
                              GINA R. MÉNDEZ-MIRÓ
                              UNITED STATES DISTRICT JUDGE